# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Mary E. Rubenstein<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>19-13824 MDC |
| WELLS FARGO BANK, N.A.<br><br>Movant<br><br>v.<br><br>Mary E. Rubenstein<br>and<br>Kenneth E. West<br><br>Respondents | |

## OBJECTION TO DEBTOR'S MOTION TO AMEND PLAN

WELLS FARGO BANK, N.A. (Movant), a secured creditor in this case objects to the confirmation of the Debtor's 6TH Amended Chapter 13 Plan dated 8/31/2022 and states the following:

1. The Stipulation filed with the this Court on 10/3/2022 at Doc. 181, required the Debtor to file an amended plan that, in addition to providing for the pre-petition arrears as outlined in Claim 5-2, the Debtor would also provide for the missed post petition payments in the amount of $7,852.16.   The plan was to be amended within 30 days, and has not been completed thus far.  A copy of the Order is attached hereto as Exhibit "A".

WHEREFORE, WELLS FARGO BANK, N.A. respectfully requests that Debtor's Motion to Amend the Plan, specifically the 6th Amended Plan dated 8/31/2022  be denied.

Respectfully Submitted,

**/s/ Jill Manuel-Coughlin, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire;  ID #63252
Harry B. Reese, Esquire;  ID #310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090; Facsimile: 215-942-8661
Email:  bankruptcy@powerskirn.com
Dated: November 2, 2022